UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY SALAS,<br><br>　　　　　Plaintiff.<br><br>v.<br><br>MICHAEL B. KOEHN, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:16-CV-00635-RCJ-VPC<br><br>**ORDER** |

　　Before the Court is Plaintiff's Motion to Amend Civil Complaint (ECF No. 24); Motion to Vacate Current Scheduling Order (Discovery) (ECF No. 25); and Defendants' Motion to Screen Plaintiff's First Amended Complaint (ECF No. 27). Defendants filed notices of Non-Opposition (ECF Nos. 26 and 28). Accordingly,

　　IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Civil Complaint (ECF No. 24); is GRANTED. The Clerk of the Court shall detach and file Plaintiff's First Amended Complaint (ECF No. 24 – Exhibit A).

　　IT IS FURTHER ORDERED that Plaintiff's Motion to Vacate Current Scheduling Order (ECF No. 25) is GRANTED.

　　IT IS FURTHER ORDERED that Defendants' Motion to Screen Plaintiff's First Amended Complaint (ECF No. 27) is GRANTED.

　　IT IS SO ORDERED this 8th day of August, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

ORDER - 1