UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY SALAS,<br><br>                            Plaintiff,<br><br>   v.<br><br>DR. MICHAEL KOEHN, et al.,<br><br>                          Defendant. | Case No. 3:16-CV-0635-RCJ-CLB<br><br>ORDER DENYING MOTION FOR LEAVE OF COURT TO FILE A MOTION<br><br>[ECF No. 89] |

Before the Court is a motion for leave of court to file a motion filed by inmate Jesse A. Ross, Inmate #1095756 ("Ross"). (ECF No. 89.) In this motion, Ross claims to be assisting Plaintiff Jerry Salas ("Salas") with his legal work and specifically his opposition to Defendants' motion for summary judgment. (*Id.*) Ross asks the Court to order the Nevada Department of Corrections to allow him to meet with Salas to return his legal work and answer any questions Salas may have. (*Id.*)

While Salas may have the assistance of law clerks at the prison, the Court will not appoint one inmate to represent another. Additionally, Ross is not a party to this case and may not file paperwork on behalf of himself or Salas. Therefore, the motion for leave of court to file a motion and/or motion for court order (ECF No. 89) is hereby **DENIED** and **STRICKEN**.

However, the Court will *sua* sponte grant Salas an extension of time until **August 19, 2021** to file an opposition to Defendants' motion for summary judgment. (ECF No. 82).

DATED: July 27, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**