UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY SALAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DR. MICHAEL KOEHN, et al.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:16-CV-0635-RCJ-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO EXTEND TIME AND/OR FOR APPOINTMENT OF COUNSEL**<br><br>[ECF No. 91] |

　　　Plaintiff Jerry Salas ("Salas") filed a motion requesting additional time to file an opposition to Defendants' motion for summary judgment and/or for the appointment of counsel. (ECF No. 91.) In the motion, Salas claims his opposition paper was in the hands of another inmate who was assisting him, and Salas needed either additional time and/or appointed counsel to retrieve and file this opposition. (*Id.*)

　　　The request for additional time, (ECF No. 91), is **DENIED as moot.** Salas timely filed his opposition to Defendants' motion for summary judgment. (ECF No. 92/93.) To the extent Salas is separately requesting the appointment of counsel, that motion is **DENIED** for the reasons set forth in the Court's order ECF No. 10.

　　　DATED: August 23, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**